# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., and FLFMC, LLC. <br><br> Plaintiffs, <br><br> v. <br><br> EBSCO INDUSTRIES, INC. and PLASTICS RESEARCH AND DEVELOPMENT CORP., <br><br> Defendants. | Civil Action No. 10-231 <br><br><br> JURY TRIAL DEMANDED <br><br> **Filed Electronically** |

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE**

Plaintiffs, United States of America, ex rel., and FLFMC, LLC, and Defendants, EBSCO Industries, Inc. and Plastics Research and Development Corp., hereby stipulate to extend the time period in which Plaintiffs have to respond to the Motion to Dismiss to on or before June 7, 2010, during which time discovery will be conducted relating to the Motion.

| MEYER, UNKOVIC & SCOTT LLP | DINSMORE & SHOHL LLP |
|---|---|
| By:/s *David G. Oberdick* <br> David G. Oberdick | By:/s *David J. Singley* <br> David J. Singley |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Stipulation for Extension of Time to File Response was served this 19th day of April, 2010, via the Court's electronic transmission facilities pursuant to Fed. R. Civ. P. 5(b)(3) and Local Rule 5.5.

MEYER, UNKOVIC & SCOTT LLP

By:/s David G. Oberdick
David G. Oberdick

ATTORNEYS FOR PLAINTIFFS