IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FLFMC, INC., <br> Plaintiffs, <br><br> v. <br><br> EBSCO INDUSTRIES, INC. and PLASTICS RESEARCH AND DEVELOPMENT CORP., <br> Defendants. | Civil Action No. 10-231 |

O R D E R

AND NOW, this 2nd day of March 2011, after the defendants filed a motion to dismiss the amended complaint or, in the alternative, to transfer this case to the United States District Court for the Western District of Arkansas, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted fourteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff FLFMC, Inc., as well as the defendants' response to those objections, and after independent review of the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the defendants' motion to dismiss the amended complaint (Document No. 46) is denied, but that their alternate motion to transfer this case to the United States District Court for the Western District of Arkansas, Fort Smith Division (Document No. 46) is granted <u>forthwith</u>.

_____
Chief United States District Judge